**CRIMINAL COMPLAINT**
(Submitted electronically)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Vanessa Begay**<br>DOB: 1976; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>26-05709MJ |

| Complaint for violations of: | Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii)<br>Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi) |
|---|---|

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

<u>COUNT 1</u>: On or about January 20, 2026, at or near Nogales, in the District of Arizona, **Vanessa Begay** did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine, or 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A)(viii).

<u>COUNT 2</u>: On or about January 20, 2026, at or near Nogales, in the District of Arizona, **Vanessa Begay** did knowingly and intentionally possess with intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On January 20, 2026, at approximately 7:58 a.m., Vanessa BEGAY attempted to enter the United States (U.S.) from the Republic of Mexico via the DeConcini Port of Entry located in Nogales, Arizona. BEGAY was the driver, registered owner, and sole occupant of a 2013 Ford Edge bearing an Arizona license plate. Customs and Border Protection (CBP) officers x-rayed the vehicle and observed anomalies in the roof, quarter panels, and gas tank. During a secondary inspection, BEGAY told the CBP officer that she went to Nogales, Sonora, Mexico, to visit her boyfriend. A CBP canine, trained to detect the odor of narcotics, alerted to a trained odor emitting from the roof of the vehicle. Officers searched the vehicle and found 170 packages of suspected narcotics concealed throughout the interior and inside the gas tank. Representative samples of the contents of the packages were field tested and yielded positive results for the properties of methamphetamine and fentanyl. One-hundred fifty-one (151) packages contained methamphetamine and weighed 43.6 kilograms. Nineteen (19) packages contained fentanyl and weighed 11.14 kilograms.

After waiving her *Miranda* rights, BEGAY stated she was unaware of the narcotics concealed within her vehicle. BEGAY said she had driven the vehicle from Phoenix to visit her boyfriend/fiancée and his family in Nogales, Sonora. BEGAY said her boyfriend gives her money for her trips to Mexico, and the money covers gas and pays for hotels that BEGAY stays in. BEGAY said she entered Mexico and stayed two nights at a hotel in Nogales, Sonora. BEGAY told interviewing agents she did not see her boyfriend for the entirety of her trip. BEGAY stated that about two to three hours after she arrived at the hotel in Mexico, she noticed the vehicle was no longer where she parked it.

CONTINUED ON NEXT PAGE

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT (official title)<br>**WILLIAM T COLLINS**    Digitally signed by WILLIAM T COLLINS<br>Date: 2026.01.21 11:30:22 -07'00'<br><br>OFFICIAL TITLE<br>Special Agent Todd Collins<br>Homeland Security Investigations |
|---|---|
| Sworn to telephonically. | |
| SIGNATURE OF MAGISTRATE JUDGE[1)]<br>*Lynnette C. Kimmins* (signature) | DATE<br>January 21, 2026 |

1) See Federal Rules of Criminal Procedure Rules 3, 4.1 and 54

Reviewed by AUSA Price

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED:

BEGAY said her boyfriend has one of the two vehicle keys, and he will sometimes use the vehicle in Mexico and sometimes use it in the U.S.  BEGAY said she doesn't ask her boyfriend many questions about what he is doing.  BEGAY stated she has known her boyfriend for approximately five to six months.  BEGAY told interviewing agents that an unknown male acquaintance of her boyfriend delivered food to her while she was at the hotel in Mexico.  BEGAY did not know the unknown males name or phone number.

BEGAY gave permission for agents to examine the contents of her cell phone and tablet.  BEGAY's devices contain text and voice messages from her boyfriend and another person identified as "Amando."  The messages discuss the status and location of BEGAY's vehicle, including references to an individual referred to as "#2" needing the vehicle.

On January 8, 2026, BEGAY crossed from Mexico into the U.S.  After crossing, BEGAY texted Amando and discussed plans about an unidentified male picking up the car up from a hotel in Tucson, Arizona, the following morning.  Texts on BEGAY's phone indicate BEGAY used a bus to go between a hotel and shopping center while waiting for money from a male subject.  Texts between BEGAY and Amando indicate a male brought BEGAY money.  Texts between BEGAY and her boyfriend show that BEGAY was supposed to receive $2,000 on the afternoon of January 9, 2026, from a male subject.

Texts between BEGAY and Amando show that Amando informs BEGAY that the vehicle is ready, and BEGAY is to go to Nogales.  BEGAY appears to have traveled from Phoenix to Tucson to pick up the vehicle for her trip to Nogales.  BEGAY texts Amado when she is crossing the border, both entering and exiting the U.S.  Amando texts BEGAY that someone will be "waiting for you there in the same place as always."


